# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:**  CV 17-7294-SJO(PJWx)                                    Date: February 6, 2018

**TITLE:**  Webullient Inc. v. Gregory Strickler

======================================================================

**PRESENT:**

<u>**HON. PATRICK J. WALSH, JUDGE**</u>

<u>Isabel Martinez</u>                                                                   <u>N/A</u>
**Deputy Clerk**                                                                  **Court Recorder**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**

None Present                                                             None Present


**PROCEEDINGS:** Order Setting Settlement Conference (In Chambers)

This matter having been referred to Magistrate Judge Patrick J. Walsh for a settlement conference, IT IS ORDERED that a settlement conference be held on **March 28, 2018, at 1:30 p.m.**, at 255 East Temple Street, Courtroom 790 (7th Floor), Los Angeles, CA.  **The parties, lead trial counsel, and persons whose consent is necessary to conclude a settlement are required to attend the settlement conference**.  If a proposed settlement must be presented for approval to a board or committee, the person who is responsible for making a recommendation to the board or committee must be present (or available by telephone if granted permission by the court).

Each side shall submit a settlement conference statement directly to Judge Walsh's chambers **at pjw_chambers@cacd.uscourts.gov** not later than two (2) court days before the conference. These statements are to be exchanged with opposing counsel.  The statements shall *not* be filed with the clerk's office, shall be brief (five pages or less), and may include: a summary of the important issues, the party's position on each issue, information regarding damages in non-conclusionary form, and the course of negotiations up to that point.  Each side may also submit a brief confidential statement, which need not be served on opposing counsel, the contents of which will not be communicated to the other side.

**\*\* If a party believes that now is not a good time to conduct settlement negotiations, counsel shall submit a stipulation and proposed order requesting a continuance of the settlement conference.**